UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04077-RGK-AFM | Date | March 15, 2022 |
|---|---|---|---|
| Title | *Nicholas Green v. Board of Regents of the University of California et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order to Show Cause Re: Improper Service [DE 42]

## I.  INTRODUCTION

On August 9, 2021, Nicholas Green ("Plaintiff") filed a First Amended Complaint ("FAC") against the Board of Regents of the University of California ("UC Regents"), ten Doe defendants, and various named defendants: (1) two security officers—Bill Clayton ("Clayton") and William Dunne; and (2) six University of California Police Department ("UCPD") officers — Sergeant Paak and Officers Chobanian, Gutierrez, Dodd, Brox, and McIntire.

Plaintiff filed timely proofs of service as to all defendants but Clayton. (*See* ECF Nos. 9–15.) Based on the Court's review of the docket, it appears that Clayton was not served within 90 days of the filing of either the Complaint (May 14, 2021) or the FAC (August 9, 2021), as required by Federal Rule of Civil Procedure ("Rule") 4(m). Indeed, Clayton was apparently not served until February 1, 2022, 263 days after Plaintiff filed his initial Complaint, 176 days after he filed his FAC, and 22 days after the Scheduling Conference. (*See* ECF No. 35.)

To compound the procedural problems, Clayton then failed to file a responsive pleading within 21 days of service, as required by Rule 12(a). Plaintiff filed an application for entry of default, then withdrew the application upon stipulating that Clayton could answer the FAC by March 11, 2022. (*See* ECF Nos. 40, 41.) Nonetheless, Clayton did not answer the FAC until March 14, 2022. (ECF No. 42.)

The Court is unclear if there is good cause to allow Clayton's late-filed Answer, and may address that issue at a later time. The more pressing issue currently is that of Plaintiff's (very) untimely service on Clayton. Rule 4 states that "[i]f a defendant is not served within 90 days . . . the court . . . *must* dismiss the action without prejudice against that defendant or order that service be made within a specified time," unless the plaintiff shows good cause for failure to serve. Fed. R. Civ. Proc. 4(m) (emphasis added). Without demonstrating good cause or asking the Court's permission, Plaintiff filed a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04077-RGK-AFM | Date | March 15, 2022 |
|---|---|---|---|
| Title | *Nicholas Green v. Board of Regents of the University of California et al.* | | |

proof of service indicating that he served Clayton with the FAC more than 80 days *after* Rule 4's 90-day deadline. Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE IN WRITING** why Clayton should not be dismissed from the action for improper service. Plaintiff's response is due no later than **March 17, 2022.**

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre/a |